UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


**David J. Widi, Jr.**

    **v.**                                      Civil No. 14-cv-160-SM

**Federal Bureau of Prisons et al.**[1]


**O R D E R**

Plaintiff David Widi's complaint (doc. no. 2, at pp. 2-43) is before this court for preliminary review pursuant to 28 U.S.C. § 1915A and LR 4.3(d)(1). The complaint includes two counts asserting multiple claims for relief. A Report and Recommendation issued this date ("R&R") subdivides those two counts into a list of eight claims, and recommends dismissal of the claims identified in the R&R as Claims 1, 2, and 6-8.

The court directs service of the complaint with respect to Claims 3-5, as numbered in the R&R. Service shall be effected

---

[1]Defendants named in this action are the Federal Bureau of Prisons; United States Probation and Pretrial Services; Probation Officer Scott Hastings; Federal Correctional Institution ("FCI") Ray Brook Warden Donald Hudson; FCI Ray Brook Case Management Coordinator Gaunyea, whose first name is unknown ("FNU"); FCI Ray Brook Unit Manager David Salamy; FCI Ray Brook Case Managers FNU Glue and Y. Matteau; FCI Berlin Warden Esker Tatum; FCI Berlin Case Management Coordinator Dan Sullivan; FCI Berlin Unit Manager Wanda Mullins; and FCI Berlin Correctional Counselors L. Hogan and FNU Langley.

upon defendants Federal Correctional Institution ("FCI") Ray Brook Warden Donald Hudson, FCI Ray Brook Case Management Coordinator FNU Gaunyea, FCI Ray Brook Unit Manager David Salamy, FCI Ray Brook Case Managers FNU Glue and Y. Matteau, FCI Berlin Warden Esker Tatum, FCI Berlin Case Management Coordinator Dan Sullivan, and FCI Berlin Unit Manager Wanda Mullins.

The clerk's office shall prepare and issue summonses for each of those defendants, using addresses for FCI Berlin and FCI Ray Brook as appropriate. Upon issuance of those summonses, the clerk's office is further directed to provide the summonses and a copy of the complaint (doc. no. 2, at pp. 2-43), the R&R, and this Order to the U.S. Marshal for the District of New Hampshire ("U.S. Marshal").

Upon receipt of those documents, the U.S. Marshal shall serve the United States, pursuant to Fed. R. Civ. P. 4(i)(1), and shall also serve each individual, pursuant to Fed. R. Civ. P. 4(e).

Defendants are instructed to answer or otherwise plead within 21 days of service, pursuant to Fed. R. Civ. P. 81(c)(2)(B).

Plaintiff is instructed to serve all future pleadings, written motions, notices, or similar papers directly on defendants by delivering or mailing the materials to defendants or their attorney(s), pursuant to Fed. R. Civ. P. 5.

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

June 24, 2014

cc: David J. Widi, Jr.
T. David Plourde, Esq.